**James Opleton BRADLEY, Jr.,
Plaintiff–Appellant,**

and

**Jeffrey Gordon Fellows; Che Usef
Fletcher; James Williams,
Plaintiffs,**

v.

**Theodis BECK, Secretary of Correction;
David Mitchell, Superintendent at
Mountain View Correctional Institu-
tion; Margie Lawler, Assistant Super-
intendent at Mountain View Correc-**

tional Institution; Teresa Jordon, Unit Manager (West) at Mountain View Correctional Institution, Defendants–Appellees.

No. 01–7904.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2002.

Decided Feb. 5, 2002.

James Opleton Bradley, Jr., Appellant Pro Se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

James Opleton Bradley, Jr., a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Bradley v. Beck,* No. CA–01–225–1–2–MU (W.D.N.C. Oct. 19, 2001). We deny the motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*